## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CR120-0005** |
| v. | ) | |
| | ) | INDICTMENT NO. |
| JONATHAN GARCIA LOPEZ | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | False Statement Concerning |
| | ) | Information Kept by Firearms |
| | ) | Dealer |
| | ) | |

2020 JAN -8 PM 3:23
CLERK U.S. DIST. OF GA.
FILED U.S. DISTRICT COURT SAVANNAH DIV.

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*False Statement Concerning Information Kept by Firearms Dealer*
18 U.S.C. § 922(a)(6) and 924(a)(2)

On or about April 24, 2018, in Richmond County, in the Southern District of Georgia, the defendant,

**JONATHAN GARCIA LOPEZ,**

in connection with the acquisition of a firearm, a SCCY, 9MM caliber pistol, Model CPX-2, serial number 633788, from AAA Gun and Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to AAA Gun and Pawn, which statement was intended and likely to deceive AAA Gun and Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant falsely represented in question 11f. on an ATFE Firearms

1

Transaction Record, Form 4473, that the defendant was not subject to a court order restraining him from harassing, stalking or threating a child or an intimate partner.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

*False Statement Concerning Information Kept by Firearms Dealer*
18 U.S.C. § 922(a)(6) and 924(a)(2)

On or about May 18, 2018, in Richmond County, in the Southern District of Georgia, the defendant,

### JONATHAN GARCIA LOPEZ,

in connection with the acquisition of a firearm, a Smith and Wesson, .40 caliber pistol, Model SD40VE, serial number FZU2671, from AAA Gun and Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to AAA Gun and Pawn, which statement was intended and likely to deceive AAA Gun and Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant falsely represented in question 11f. on an ATFE Firearms Transaction Record, Form 4473, that the defendant was not subject to a court order restraining him from harassing, stalking or threating a child or an intimate partner.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

3

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in this Indictment, the defendant, **JONATHAN GARCIA LOPEZ**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a SCCY, 9MM caliber pistol, Model CPX-2, serial number 633788, and a Smith and Wesson, .40 caliber pistol, Model SD40VE, serial number FZU2671 .

Foreperson

**(Signatures Continue on the following page)**

4

David H. Estes
First Assistant United States Attorney

Tara M. Lyons
Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

5